No. 892. Martínez v. The Porto Rico Railway, Light and Power Company.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª  Moción para que se desestime la apelación. Resuelto en octubre 16, 1912. Desestimada la apelación por no haberse interpuesto el recurso dentro del término legal. Abogado del apelado: *Sr. J. Henry Brown.* Abogado del apelante: *Sr. Rafael López Landrón.*

---

No. 468. El Pueblo v. Torres.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 17, 1912. Confirmada la sentencia apelada. La parte apelante no compareció. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 469. El Pueblo v. Alejandro.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 18, 1912. Confirmada la sentencia apelada. Abogada del apelante: *Sr. Domingo M. Massari.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 472. El Pueblo v. Nieves.—Apelación procedente de la Corte de Distrito de Arecibo. Resuelto en octubre 21, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Herminio Miranda.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 476. El Pueblo v. Montalvo et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 21, 1912. Confirmada la sentencia apelada. Abogado de los apelantes: *Sr. Antonio Trujillo.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*